UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY C. MYERS,

          Plaintiff,

-vs-                                                Case No. 6:06-cv-502-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Motion to Dismiss (Doc. No. 15) filed February 19, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 20, 2007 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Dismiss is **GRANTED**.

    3.    All pending motions are dismissed as moot.

    4.    The Clerk is directed to close this file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this ___14___ day of March, 2007.

                                               JOHN ANTOON II
                                               United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party